IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATHANIEL ROBERT ALLEN, et al.,<br><br>Defendants. | **JUDGMENT**<br><br>Case No. 2:18-cv-00054-JNP-DBP<br><br>Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that the Receiver's action is dismissed with prejudice.

DATED February 19, 2021.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge